# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**KENDRICK E. DULDULAO,**

      **Plaintiff,**

**vs.**                               **Case No. 8:11-CV-0408-T-27TGW**

**OXYGEN HEALTH SPA, INC.,**
**a Florida corporation, d/b/a**
**OXYGEN SPA, and KIM KIM,**

      **Defendants.**

_____/

## <u>ORDER OF DISMISSAL</u>

      **BEFORE THE COURT** is a Joint Stipulation of Dismissal with Prejudice (Dkt.12).  Upon consideration, it is

      **ORDERED AND ADJUDGED** that this cause is **DISMISSED** with prejudice.  The Clerk is directed to **CLOSE** this case.

      **DONE AND ORDERED** in chambers this _14th_ day of November, 2011.

                                   **JAMES D. WHITTEMORE**
                                   **United States District Judge**

Copies to:
Counsel of Record